■ In the Matter of JASON A.C., Appellant, v LISA A.C., Respondent. (Appeal No. 2.) [815 NYS2d 836]—Appeal from an order of the Family Court, Livingston County (Ronald A. Cicoria, J.), entered November 29, 2004 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, provided that the prior order entered April 17, 2003 shall remain in full force and effect.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Kehoe, J.P., Gorski, Martoche, Pine and Hayes, JJ.

■ In the Matter of DARRYN GIBSON, Appellant, v ROBERT DENNISON, as Chairman of New York State Board of Parole, et al., Respondents. [817 NYS2d 196]—Appeal from a judgment (denominated order) of the Supreme Court, Oneida County (Norman I. Siegel, A.J.), entered November 17, 2005 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Kehoe, J.P., Gorski, Martoche, Pine and Hayes, JJ.

■ LE ROI C. JOHNSON, Respondent, v CASSANDRA E. DAVIS et al., Appellants. [817 NYS2d 196]—Appeal from a judgment of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered May 7, 2004. The judgment, after a nonjury trial, awarded a money judgment in favor of plaintiff and against defendants in the amount of $503,948.87.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Kehoe, J.P., Gorski, Martoche, Pine and Hayes, JJ.